**92–207.** Community Concerned Citizens, Inc. v. Union Twp. Bd. of Zoning Appeals. *Clermont County,* No. CA91–01–009. On motion for leave to file memorandum in support instanter.

Motion granted.

MOYER, C.J., and WRIGHT, J., dissent.